The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR BOWLES<br><br>                                     Plaintiff,<br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>                                     Defendant. | Case No.: 2:24-CV-01642-TL<br><br>**STIPULATION AND ORDER FOR RELIEF FROM DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS BREACH OF FIDUCIARY DUTY CLAIM AND DEFENDANT'S REPLY**<br><br>**NOTED ON MOTION CALENDAR: NOVEMBER 15, 2024** |

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate to and request that the Court enter an order modifying the following deadlines related to Defendant's Motion to Dismiss Breach Fiduciary Duty Claim, filed at Docket No. 6, due to Plaintiff's counsel's surgery schedule. The extension is necessary because Plaintiff's counsel is undergoing a series of eye surgeries.  The last of the surgeries is scheduled for December 2, 2024, and will result in continued blurred vision for an anticipated ten days. The extension will allow counsel's vision to return so that he may be able to draft a response to the motion.

1 – Stipulation for Extension

164916433.1

Plaintiff's response to Allstate's motion is currently due on November 27, 2024. The parties hereby stipulate and agree that responsive materials should now be due December 16, 2024.

The motion is currently noted for December 4, 2024. Defendant's reply is due the same day. The parties hereby stipulate and agree that the noting date and reply deadline should now be December 23, 2024.

IT IS SO STIPULATED

DATED: November 15, 2024

*/s Giavanna Caravello*
Giavanna Caravello, Intern

Approved:

*s/ Calvin P. "Kelly" Vance*
CALVIN P. "KELLY" VANCE,
WSB # 29520
Counsel for Plaintiff

_____
Lucy Wilhelm,
WSB 57130
Counsel for Defendant

IT IS SO ORDERED

DATED: November 15, 2024

_____
THE HONORABLE TANA LIN