UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR BOWLES,<br><br>                Plaintiff,<br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. 2:24-cv-01642-TL<br><br>ORDER ON MOTION TO AMEND |

    This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. Dkt. Nos. 21, 23 (amended). Defendant "does not oppose" Plaintiff's motion. Dkt. No. 24 at 1. Accordingly, Plaintiff's motion is GRANTED. Plaintiff SHALL, in accordance with the Court's Order on Defendant's Motion to Dismiss (Dkt. No. 27), file the First Amended Complaint **by February 11, 2025**.

    Dated this 6th day of February 2025.

Tana Lin
United States District Judge

ORDER ON MOTION TO AMEND - 1